### Michael BOGAN, Plaintiff—Appellant,

### v.

### ROOMSTORE, INC., The, Defendant—Appellee.

### No. 10–1558.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 30, 2010.

Decided: Dec. 3, 2010.

Michael Bogan, Appellant Pro Se.
Charles Garrison Meyer, III, Leclair
Ryan, PC, Richmond, Virginia, for Appellee.

Before WILKINSON, KEENAN, and
WYNN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Michael Bogan appeals the district
court's order denying relief in his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bogan v. Roomstore, Inc.*, No. 3:09–cv–00705–HEH (E.D.Va. Apr. 30, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*